CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com
Attorney for Defendants
Deleekim Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

      Plaintiff,

  v.

DELEEKIM COMPANY, INC., a California Corporation; and Does 1-10,

      Defendants.

Case No.: 3:18-CV-07735-TSH

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

GRANTED

Judge Thomas S. Hixson

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 17, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: September 17, 2019    VAUGHAN & ASSOCIATES

By:  /s/ Cris C. Vaughan
    Cris C. Vaughan
    Attorney for Defendants
    Deleekim Company, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Deleekim Company, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 17, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff